| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION |
|---|---|

| | | |
|---|---|---|
| WILLIAM R. RENNAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>COAST 2 COAST LOGISTICS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:25-CV-00234 |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Plaintiffs William R. Rennaker and Derek Hudepohl (collectively referred to as "Plaintiffs") request that the Court enter default judgment against Defendant Coast 2 Coast Logistics, Inc. (referred to as "Coast 2 Coast" or "Defendant").

## I. INTRODUCTION

1. Plaintiffs are William R. Rennaker and Derek Hudepohl.

2. Defendant is Coast 2 Coast Logistics, Inc.

3. Rennaker sued Defendant for violations of the Fair Labor Standards Act ("FLSA"), including failure to pay overtime and failure to maintain accurate records of hours worked. Ex. A, Pl.'s Original Compl. ((Dkt. 1) May 19, 2025).

4. Pursuant to 29 U.S.C. § 216(b), Plaintiff Derek Hudepohl filed Consent to Become a Party Plaintiff on May 19, 2025. Ex. B, Consent to Become a Plaintiff by Derek Hudepohl; (Dkt. 5) May 19, 2025).

5. Although properly served, Defendant failed to file an answer to Plaintiff's Original Petition. Ex. D, Summons Returned Executed ((Dkt. 9) May 27, 2025).

## II. FACTS

6. On May 19, 2025, Plaintiff William R. Rennaker filed the Original Complaint. Ex. A, Pl.'s Original Compl. ((Dkt. 1) May 19, 2025).

7. Plaintiff Derek Hudepohl filed Consent to Become a Party Plaintiff on May 19, 2025. (Dkt. 5).

8. On May 21, 2025, summons was issued for Defendant Coast 2 Coast Logistics, Inc. Ex. C, Summons Issued as to Coast 2 Coast Logistics, Inc. ((Dkt. 8) May 21, 2025).

9. On May 23, 2025, Defendant Coast 2 Coast Logistics, Inc. was served through Jimmy Lewis, Director of Operations, at 3601 South County Road 1295, Odessa, Texas 79765. Ex. D, Summons Returned Executed ((Dkt. 9) May 27, 2025).

10. Plaintiffs filed a Request for Clerk's Entry of Default on September 10, 2025. Ex. E, Pl.'s Request for Clerk's Entry of Default ((Dkt. 11) Sept. 10, 2025).

11. On September 11, 2025, Entry of Default was entered against Coast 2 Coast Logistics, Inc. Ex. F, Clerk's Entry of Default ((Dkt. 12) Sept. 11, 2025).

12. Defendant Coast 2 Coast Logistics, Inc.'s last known address is 3601 South County Road 1295, Odessa, Texas 79765. Ex. G, Certificate of Last Known Address (May 20,

2026).

13. Defendant Coast 2 Coast Logistics, Inc's Director/President, Nelson Quintero, is not currently on active duty in the armed forces. Ex. H, Military Status Report (May 20, 2026); Ex. I. Aff. Of Military Status (May 20, 2026).

## III. DEFAULT JUDGMENT

14. Plaintiffs incorporate by reference of the facts set forth in the preceding paragraphs.

15. Defendant has by default admitted the allegations in Plaintiff's Original Complaint.

16. An Entry of Default for Defendant Coast 2 Coast Logistics, Inc. was entered on September 11, 2025. Ex. F, Clerk's Entry of Default ((Dkt. 12) Sept. 11, 2025).

17. Plaintiff Rennaker is entitled to recover $16,693.43 in unpaid overtime wages and $16,693.43 in liquidated damages. Ex. J, Aff. of William R. Rennaker (May 20 2026).

18. Plaintiff Hudepohl is entitled to recover $12,390.00 in unpaid overtime wages and $12,390.00 in liquidated damages. Ex. K, Aff. of Derek Hudepohl (May 20 2026).

19. Plaintiffs are also entitled to recover attorney's fees and costs in the amount of $16,250.00. Ex. L, Aff. re: Attorney's Fees and Costs.

20. In total, Plaintiffs request entry of default judgment against Defendant in the amount of $58,166.86, plus attorney's fees and costs in the amount of $16,250.00.

## IV. CONCLUSION

21. For the foregoing reasons, Plaintiffs William R. Rennaker and Derek Hudepohl request that the Court enter default judgment against Coast 2 Coast Logistics, Inc. A proposed default judgment is attached for the Court's consideration.

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1063
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: ______________________
Melissa Moore
State Bar No. 24013189
melissa@mooreandassociates.net
Curt Hesse
State Bar No. 24065414
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFFS**