| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION |
|---|---|

| | | |
|---|---|---|
| WILLIAM R. RENNAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>COAST 2 COAST LOGISTICS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:25-CV-00234 |

**AFFIDAVIT OF MILITARY STATUS**

State of Texas §
§
County of Harris §

On this day, Melissa Moore appeared before me, the undersigned notary public. After I administered the oath to her, on her oath, she said:

1. My name is Melissa Moore. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the attorney-in-charge for Plaintiff in the above-styled case.

3. On May 20, 2026, I conducted a search of the corporate records maintained by the Texas Secretary of State related to Coast 2 Coast Logistics, Inc., a domestic corporation. Based on the results of that search, I have concluded Nelson Quintero is the sole Director/President of Coast 2 Coast Logistics, Inc.

4. On May 20, 2026, pursuant to the requirements of the Servicemembers Civil Relief Act, 50 U.S.C. app. §§ 501-596, I conducted a search of the Department of Defense Manpower Data Center to determine whether Nelson Quintero was on active duty in the armed forces. Based on the results of that search, I have concluded that Nelson Quintero is not currently on active duty in the armed forces. Ex. I, Military Status Report.

Melissa Moore
Affiant

SWORN TO and SUBSCRIBED before me by Melissa Moore on this 20th day of May in the year 2026.

Notary Public
State of Texas

MARIANGELA GAMEZ
Notary Public, State of Texas
Comm. Expires 04-08-2029
Notary ID 133023878