| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION |
|---|---|

| | | |
|---|---|---|
| WILLIAM R. RENNAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>COAST 2 COAST LOGISTICS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:25-CV-00234 |

**<u>AFFIDAVIT OF WILLIAM RENNAKER</u>**

1. My name is William Rennaker. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a former employee of Coast 2 Coast Logistics, Inc. (referred to as "Defendant").

3. My first day of work for Defendant was on or around April 2024.

4. My last day of work for Defendant was on or around October 2024.

5. During my employment, I worked as a Sand Coordinator.

6. During my employment, Defendant paid me on a day-rate basis at the rate of $320.00 per day.

7. During my employment, I typically worked twelve (12) hours each day, seven (7) days per week.

8. From April 2024 to October 2024, Defendant only paid me straight time for all overtime hours.

9. Defendant owes me the additional overtime premium for each hour of overtime that I worked.

10. I typically worked a total of eighty-four (84) hours each week, which includes forty-four (44) overtime hours.

11. Based on my rate of pay and the hours I worked, I am owed **$16,693.43** in unpaid overtimes wages from April 2024 to October 2024.

12. Therefore, in total, Defendant owes me **$16,693.43** in unpaid overtime wages

13. The attached Table 1 fairly and accurately summarizes the amount of unpaid overtime wages I am owed based on the number of hours I worked and the wages I was paid during my employment with Defendant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

ID sciEeJWgMUtE8ivwSBFbVNsg

William Rennaker
Affiant

**Table 1**
**Unpaid Overtime Calculations for William Rennaker**

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 04/06/24 | 04/01/24 | Mon | 12.00 | $320.00 | | |
| 04/06/24 | 04/02/24 | Tue | 12.00 | $320.00 | | |
| 04/06/24 | 04/03/24 | Wed | 12.00 | $320.00 | | |
| 04/06/24 | 04/04/24 | Thu | 12.00 | $320.00 | | |
| 04/06/24 | 04/05/24 | Fri | 12.00 | $320.00 | | |
| 04/06/24 | 04/06/24 | Sat | 12.00 | $320.00 | | |
| **04/06/24 Total** | | | **72.00** | **$1,920.00** | **$26.67** | **$426.67** |
| 04/13/24 | 04/07/24 | Sun | 12.00 | $320.00 | | |
| 04/13/24 | 04/08/24 | Mon | 12.00 | $320.00 | | |
| 04/13/24 | 04/09/24 | Tue | 12.00 | $320.00 | | |
| 04/13/24 | 04/10/24 | Wed | 12.00 | $320.00 | | |
| 04/13/24 | 04/11/24 | Thu | 12.00 | $320.00 | | |
| 04/13/24 | 04/12/24 | Fri | 12.00 | $320.00 | | |
| 04/13/24 | 04/13/24 | Sat | 12.00 | $320.00 | | |
| **04/13/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 04/20/24 | 04/14/24 | Sun | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 04/20/24 | 04/15/24 | Mon | 12.00 | $320.00 | | |
| 04/20/24 | 04/16/24 | Tue | 12.00 | $320.00 | | |
| 04/20/24 | 04/17/24 | Wed | 12.00 | $320.00 | | |
| 04/20/24 | 04/18/24 | Thu | 12.00 | $320.00 | | |
| 04/20/24 | 04/19/24 | Fri | 12.00 | $320.00 | | |
| 04/20/24 | 04/20/24 | Sat | 12.00 | $320.00 | | |
| **04/20/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 04/27/24 | 04/21/24 | Sun | 12.00 | $320.00 | | |
| 04/27/24 | 04/22/24 | Mon | 12.00 | $320.00 | | |
| 04/27/24 | 04/23/24 | Tue | 12.00 | $320.00 | | |
| 04/27/24 | 04/24/24 | Wed | 12.00 | $320.00 | | |
| 04/27/24 | 04/25/24 | Thu | 12.00 | $320.00 | | |
| 04/27/24 | 04/26/24 | Fri | 12.00 | $320.00 | | |
| 04/27/24 | 04/27/24 | Sat | 12.00 | $320.00 | | |
| **04/27/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 05/04/24 | 04/28/24 | Sun | 12.00 | $320.00 | | |
| 05/04/24 | 04/29/24 | Mon | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 05/04/24 | 04/30/24 | Tue | 12.00 | $320.00 | | |
| 05/04/24 | 05/01/24 | Wed | 12.00 | $320.00 | | |
| 05/04/24 | 05/02/24 | Thu | 12.00 | $320.00 | | |
| 05/04/24 | 05/03/24 | Fri | 12.00 | $320.00 | | |
| 05/04/24 | 05/04/24 | Sat | 12.00 | $320.00 | | |
| **05/04/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 05/11/24 | 05/05/24 | Sun | 12.00 | $320.00 | | |
| 05/11/24 | 05/06/24 | Mon | 12.00 | $320.00 | | |
| 05/11/24 | 05/07/24 | Tue | 12.00 | $320.00 | | |
| 05/11/24 | 05/08/24 | Wed | 12.00 | $320.00 | | |
| 05/11/24 | 05/09/24 | Thu | 12.00 | $320.00 | | |
| 05/11/24 | 05/10/24 | Fri | 12.00 | $320.00 | | |
| 05/11/24 | 05/11/24 | Sat | 12.00 | $320.00 | | |
| **05/11/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 05/18/24 | 05/12/24 | Sun | 12.00 | $320.00 | | |
| 05/18/24 | 05/13/24 | Mon | 12.00 | $320.00 | | |
| 05/18/24 | 05/14/24 | Tue | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 05/18/24 | 05/15/24 | Wed | 12.00 | $320.00 | | |
| 05/18/24 | 05/16/24 | Thu | 12.00 | $320.00 | | |
| 05/18/24 | 05/17/24 | Fri | 12.00 | $320.00 | | |
| 05/18/24 | 05/18/24 | Sat | 12.00 | $320.00 | | |
| **05/18/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 05/25/24 | 05/19/24 | Sun | 12.00 | $320.00 | | |
| 05/25/24 | 05/20/24 | Mon | 12.00 | $320.00 | | |
| 05/25/24 | 05/21/24 | Tue | 12.00 | $320.00 | | |
| 05/25/24 | 05/22/24 | Wed | 12.00 | $320.00 | | |
| 05/25/24 | 05/23/24 | Thu | 12.00 | $320.00 | | |
| 05/25/24 | 05/24/24 | Fri | 12.00 | $320.00 | | |
| 05/25/24 | 05/25/24 | Sat | 12.00 | $320.00 | | |
| **05/25/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 06/01/24 | 05/26/24 | Sun | 12.00 | $320.00 | | |
| 06/01/24 | 05/27/24 | Mon | 12.00 | $320.00 | | |
| 06/01/24 | 05/28/24 | Tue | 12.00 | $320.00 | | |
| 06/01/24 | 05/29/24 | Wed | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 06/01/24 | 05/30/24 | Thu | 12.00 | $320.00 | | |
| 06/01/24 | 05/31/24 | Fri | 12.00 | $320.00 | | |
| 06/01/24 | 06/01/24 | Sat | 12.00 | $320.00 | | |
| **06/01/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 06/08/24 | 06/02/24 | Sun | 12.00 | $320.00 | | |
| 06/08/24 | 06/03/24 | Mon | 12.00 | $320.00 | | |
| 06/08/24 | 06/04/24 | Tue | 12.00 | $320.00 | | |
| 06/08/24 | 06/05/24 | Wed | 12.00 | $320.00 | | |
| 06/08/24 | 06/06/24 | Thu | 12.00 | $320.00 | | |
| 06/08/24 | 06/07/24 | Fri | 12.00 | $320.00 | | |
| 06/08/24 | 06/08/24 | Sat | 12.00 | $320.00 | | |
| **06/08/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 06/15/24 | 06/09/24 | Sun | 12.00 | $320.00 | | |
| 06/15/24 | 06/10/24 | Mon | 12.00 | $320.00 | | |
| 06/15/24 | 06/11/24 | Tue | 12.00 | $320.00 | | |
| 06/15/24 | 06/12/24 | Wed | 12.00 | $320.00 | | |
| 06/15/24 | 06/13/24 | Thu | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 06/15/24 | 06/14/24 | Fri | 12.00 | $320.00 | | |
| 06/15/24 | 06/15/24 | Sat | 12.00 | $320.00 | | |
| **06/15/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 06/22/24 | 06/16/24 | Sun | 12.00 | $320.00 | | |
| 06/22/24 | 06/17/24 | Mon | 12.00 | $320.00 | | |
| 06/22/24 | 06/18/24 | Tue | 12.00 | $320.00 | | |
| 06/22/24 | 06/19/24 | Wed | 12.00 | $320.00 | | |
| 06/22/24 | 06/20/24 | Thu | 12.00 | $320.00 | | |
| 06/22/24 | 06/21/24 | Fri | 12.00 | $320.00 | | |
| 06/22/24 | 06/22/24 | Sat | 12.00 | $320.00 | | |
| **06/22/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 06/29/24 | 06/23/24 | Sun | 12.00 | $320.00 | | |
| 06/29/24 | 06/24/24 | Mon | 12.00 | $320.00 | | |
| 06/29/24 | 06/25/24 | Tue | 12.00 | $320.00 | | |
| 06/29/24 | 06/26/24 | Wed | 12.00 | $320.00 | | |
| 06/29/24 | 06/27/24 | Thu | 12.00 | $320.00 | | |
| 06/29/24 | 06/28/24 | Fri | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 06/29/24 | 06/29/24 | Sat | 12.00 | $320.00 | | |
| **06/29/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 07/06/24 | 06/30/24 | Sun | 12.00 | $320.00 | | |
| 07/06/24 | 07/01/24 | Mon | 12.00 | $320.00 | | |
| 07/06/24 | 07/02/24 | Tue | 12.00 | $320.00 | | |
| 07/06/24 | 07/03/24 | Wed | 12.00 | $320.00 | | |
| 07/06/24 | 07/04/24 | Thu | 12.00 | $320.00 | | |
| 07/06/24 | 07/05/24 | Fri | 12.00 | $320.00 | | |
| 07/06/24 | 07/06/24 | Sat | 12.00 | $320.00 | | |
| **07/06/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 07/13/24 | 07/07/24 | Sun | 12.00 | $320.00 | | |
| 07/13/24 | 07/08/24 | Mon | 12.00 | $320.00 | | |
| 07/13/24 | 07/09/24 | Tue | 12.00 | $320.00 | | |
| 07/13/24 | 07/10/24 | Wed | 12.00 | $320.00 | | |
| 07/13/24 | 07/11/24 | Thu | 12.00 | $320.00 | | |
| 07/13/24 | 07/12/24 | Fri | 12.00 | $320.00 | | |
| 07/13/24 | 07/13/24 | Sat | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| **07/13/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 07/20/24 | 07/14/24 | Sun | 12.00 | $320.00 | | |
| 07/20/24 | 07/15/24 | Mon | 12.00 | $320.00 | | |
| 07/20/24 | 07/16/24 | Tue | 12.00 | $320.00 | | |
| 07/20/24 | 07/17/24 | Wed | 12.00 | $320.00 | | |
| 07/20/24 | 07/18/24 | Thu | 12.00 | $320.00 | | |
| 07/20/24 | 07/19/24 | Fri | 12.00 | $320.00 | | |
| 07/20/24 | 07/20/24 | Sat | 12.00 | $320.00 | | |
| **07/20/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 07/27/24 | 07/21/24 | Sun | 12.00 | $320.00 | | |
| 07/27/24 | 07/22/24 | Mon | 12.00 | $320.00 | | |
| 07/27/24 | 07/23/24 | Tue | 12.00 | $320.00 | | |
| 07/27/24 | 07/24/24 | Wed | 12.00 | $320.00 | | |
| 07/27/24 | 07/25/24 | Thu | 12.00 | $320.00 | | |
| 07/27/24 | 07/26/24 | Fri | 12.00 | $320.00 | | |
| 07/27/24 | 07/27/24 | Sat | 12.00 | $320.00 | | |
| **07/27/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 08/03/24 | 07/28/24 | Sun | 12.00 | $320.00 | | |
| 08/03/24 | 07/29/24 | Mon | 12.00 | $320.00 | | |
| 08/03/24 | 07/30/24 | Tue | 12.00 | $320.00 | | |
| 08/03/24 | 07/31/24 | Wed | 12.00 | $320.00 | | |
| 08/03/24 | 08/01/24 | Thu | 12.00 | $320.00 | | |
| 08/03/24 | 08/02/24 | Fri | 12.00 | $320.00 | | |
| 08/03/24 | 08/03/24 | Sat | 12.00 | $320.00 | | |
| **08/03/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 08/10/24 | 08/04/24 | Sun | 12.00 | $320.00 | | |
| 08/10/24 | 08/05/24 | Mon | 12.00 | $320.00 | | |
| 08/10/24 | 08/06/24 | Tue | 12.00 | $320.00 | | |
| 08/10/24 | 08/07/24 | Wed | 12.00 | $320.00 | | |
| 08/10/24 | 08/08/24 | Thu | 12.00 | $320.00 | | |
| 08/10/24 | 08/09/24 | Fri | 12.00 | $320.00 | | |
| 08/10/24 | 08/10/24 | Sat | 12.00 | $320.00 | | |
| **08/10/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 08/17/24 | 08/11/24 | Sun | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 08/17/24 | 08/12/24 | Mon | 12.00 | $320.00 | | |
| 08/17/24 | 08/13/24 | Tue | 12.00 | $320.00 | | |
| 08/17/24 | 08/14/24 | Wed | 12.00 | $320.00 | | |
| 08/17/24 | 08/15/24 | Thu | 12.00 | $320.00 | | |
| 08/17/24 | 08/16/24 | Fri | 12.00 | $320.00 | | |
| 08/17/24 | 08/17/24 | Sat | 12.00 | $320.00 | | |
| **08/17/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 08/24/24 | 08/18/24 | Sun | 12.00 | $320.00 | | |
| 08/24/24 | 08/19/24 | Mon | 12.00 | $320.00 | | |
| 08/24/24 | 08/20/24 | Tue | 12.00 | $320.00 | | |
| 08/24/24 | 08/21/24 | Wed | 12.00 | $320.00 | | |
| 08/24/24 | 08/22/24 | Thu | 12.00 | $320.00 | | |
| 08/24/24 | 08/23/24 | Fri | 12.00 | $320.00 | | |
| 08/24/24 | 08/24/24 | Sat | 12.00 | $320.00 | | |
| **08/24/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 08/31/24 | 08/25/24 | Sun | 12.00 | $320.00 | | |
| 08/31/24 | 08/26/24 | Mon | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 08/31/24 | 08/27/24 | Tue | 12.00 | $320.00 | | |
| 08/31/24 | 08/28/24 | Wed | 12.00 | $320.00 | | |
| 08/31/24 | 08/29/24 | Thu | 12.00 | $320.00 | | |
| 08/31/24 | 08/30/24 | Fri | 12.00 | $320.00 | | |
| 08/31/24 | 08/31/24 | Sat | 12.00 | $320.00 | | |
| **08/31/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 09/07/24 | 09/01/24 | Sun | 12.00 | $320.00 | | |
| 09/07/24 | 09/02/24 | Mon | 12.00 | $320.00 | | |
| 09/07/24 | 09/03/24 | Tue | 12.00 | $320.00 | | |
| 09/07/24 | 09/04/24 | Wed | 12.00 | $320.00 | | |
| 09/07/24 | 09/05/24 | Thu | 12.00 | $320.00 | | |
| 09/07/24 | 09/06/24 | Fri | 12.00 | $320.00 | | |
| 09/07/24 | 09/07/24 | Sat | 12.00 | $320.00 | | |
| **09/07/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 09/14/24 | 09/08/24 | Sun | 12.00 | $320.00 | | |
| 09/14/24 | 09/09/24 | Mon | 12.00 | $320.00 | | |
| 09/14/24 | 09/10/24 | Tue | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 09/14/24 | 09/11/24 | Wed | 12.00 | $320.00 | | |
| 09/14/24 | 09/12/24 | Thu | 12.00 | $320.00 | | |
| 09/14/24 | 09/13/24 | Fri | 12.00 | $320.00 | | |
| 09/14/24 | 09/14/24 | Sat | 12.00 | $320.00 | | |
| **09/14/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 09/21/24 | 09/15/24 | Sun | 12.00 | $320.00 | | |
| 09/21/24 | 09/16/24 | Mon | 12.00 | $320.00 | | |
| 09/21/24 | 09/17/24 | Tue | 12.00 | $320.00 | | |
| 09/21/24 | 09/18/24 | Wed | 12.00 | $320.00 | | |
| 09/21/24 | 09/19/24 | Thu | 12.00 | $320.00 | | |
| 09/21/24 | 09/20/24 | Fri | 12.00 | $320.00 | | |
| 09/21/24 | 09/21/24 | Sat | 12.00 | $320.00 | | |
| **09/21/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 09/28/24 | 09/22/24 | Sun | 12.00 | $320.00 | | |
| 09/28/24 | 09/23/24 | Mon | 12.00 | $320.00 | | |
| 09/28/24 | 09/24/24 | Tue | 12.00 | $320.00 | | |
| 09/28/24 | 09/25/24 | Wed | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 09/28/24 | 09/26/24 | Thu | 12.00 | $320.00 | | |
| 09/28/24 | 09/27/24 | Fri | 12.00 | $320.00 | | |
| 09/28/24 | 09/28/24 | Sat | 12.00 | $320.00 | | |
| **09/28/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 10/05/24 | 09/29/24 | Sun | 12.00 | $320.00 | | |
| 10/05/24 | 09/30/24 | Mon | 12.00 | $320.00 | | |
| 10/05/24 | 10/01/24 | Tue | 12.00 | $320.00 | | |
| 10/05/24 | 10/02/24 | Wed | 12.00 | $320.00 | | |
| 10/05/24 | 10/03/24 | Thu | 12.00 | $320.00 | | |
| 10/05/24 | 10/04/24 | Fri | 12.00 | $320.00 | | |
| 10/05/24 | 10/05/24 | Sat | 12.00 | $320.00 | | |
| **10/05/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 10/12/24 | 10/06/24 | Sun | 12.00 | $320.00 | | |
| 10/12/24 | 10/07/24 | Mon | 12.00 | $320.00 | | |
| 10/12/24 | 10/08/24 | Tue | 12.00 | $320.00 | | |
| 10/12/24 | 10/09/24 | Wed | 12.00 | $320.00 | | |
| 10/12/24 | 10/10/24 | Thu | 12.00 | $320.00 | | |

| Week Ending | Date | Day | Hrs Worked | Day Rate | Reg Rate | OT Due |
|---|---|---|---|---|---|---|
| 10/12/24 | 10/11/24 | Fri | 12.00 | $320.00 | | |
| 10/12/24 | 10/12/24 | Sat | 12.00 | $320.00 | | |
| **10/12/24 Total** | | | **84.00** | **$2,240.00** | **$26.67** | **$586.67** |
| 10/19/24 | 10/13/24 | Sun | 12.00 | $320.00 | | |
| 10/19/24 | 10/14/24 | Mon | 12.00 | $320.00 | | |
| 10/19/24 | 10/15/24 | Tue | 12.00 | $320.00 | | |
| 10/19/24 | 10/16/24 | Wed | 12.00 | $320.00 | | |
| 10/19/24 | 10/17/24 | Thu | 12.00 | $320.00 | | |
| 10/19/24 | 10/18/24 | Fri | 12.00 | $320.00 | | |
| **10/19/24 Total** | | | **72.00** | **$1,920.00** | **$26.67** | **$426.67** |
| **Grand Total** | | | | | | **$16,693.43** |