UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| WILLIAM R. RENNAKER, Individually and On Behalf of All Others Similarly Situated, | § | |
| *Plaintiff(s)*, | § | |
| v. | § | No. 7:25-CV-00234 |
| COAST 2 COAST LOGISTICS, INC., | § | |
| *Defendant*. | § | |

**AFFIDAVIT OF ATTORNEY'S FEES & COSTS**

State of Texas §
§
County of Harris §

On this day, Melissa Moore appeared before me, the undersigned notary public. After I administered the oath to her, on her oath, she said:

1. My name is Melissa Moore. I am competent to make this affidavit. I have been licensed to practice in the State of Texas since November 1999.

2. I am the attorney-in-charge for Plaintiff in the above-styled case.

3. I am familiar with this case, the work which has been performed, and the costs that have been incurred.

4. My normal hourly rate is $650.00. The normal hourly rate of my associate, Curt Hesse, is $650.00 per hour. These hourly rates were arrived at after consideration of the following criteria: time and labor required; the novelty, complexity and difficulty of the questions involved; the skill required to perform the legal services properly; the likelihood that the acceptance of the particular employment will preclude other employment; the fees charged in the community for services of a comparable or similar nature; the amount in controversy and the results obtained;

the time limitations imposed by the clients or by the circumstances; the nature and length of the professional relationships with the clients; the experiences, reputation and ability of the lawyer or lawyers performing the services; and whether the fee is fixed or contingent.

5. MOORE & ASSOCIATES maintains time records for all of the work performed in connection with this case. In preparing this affidavit, I have reviewed those records.

6. Based on the factors set forth above and my review of the time records in this case, it is my opinion that a reasonable and necessary attorneys' fee in this is $16,250.00.

7. MOORE & ASSOCIATES has also incurred costs in connection with this case. The firm maintains records of all of the costs in incurred. In preparing this affidavit, I have reviewed those records.

8. As of the date of this affidavit, Moore & Associates has incurred $520.00 in costs in connection with this case.

Melissa Moore
Affiant

SWORN TO and SUBSCRIBED before me by Melissa Moore on this 2nd day of June in the year 2026.

Notary Public
State of Texas

MARIANGELA GAMEZ
Notary Public, State of Texas
Comm. Expires 04-08-2029
Notary ID 133023878