| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION |
|---|---|

| | | |
|---|---|---|
| WILLIAM R. RENNAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>COAST 2 COAST LOGISTICS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:25-CV-00234 |

**FINAL DEFAULT JUDGMENT**

The Court, having considered Plaintiffs William R. Rennaker and Derek Hudepohl's Motion for Default Judgment, the applicable law, the evidence, and the arguments of counsel, if any,

**FINDS** that Defendant Coast 2 Coast Logistics, Inc. was duly served with process on May 23, 2025 by serving Jimmy Lewis, Director of Operations, that it failed to appear, and that it wholly made default. Accordingly, it is

**ORDERED** that Plaintiffs William R. Rennaker and Derek Hudepohl's Motion for Default Judgment is hereby **GRANTED**. It is further

**ORDERED** that Plaintiff William R. Rennaker recover from Defendant Coast 2 Coast Logistics, Inc. the amount of Thirty-Three Thousand Three Hundred Eighty-Six and 86/100 Dollars ($33,386.86), which includes, in equal parts, unpaid overtime wages in the amount of

Sixteen Thousand Six Hundred Ninety-Three and 43/100 Dollars ($16,693.43) and liquidated damages in the amount of Sixteen Thousand Six Hundred Ninety-Three and 43/100 Dollars ($16,693.43), in accordance with 29 U.S.C. § 216(b). It is further

**ORDERED** that Plaintiff Derek Hudepohl recover from Defendant Coast 2 Coast Logistics, Inc. the amount of Twenty-Four Thousand Seven Hundred Eighty and 00/100 Dollars ($24,780.00), which includes, in equal parts, unpaid overtime wages in the amount of Twelve Thousand Three Hundred Ninety and 00/100 Dollars ($12,390.00) and liquidated damages in the amount of Twelve Thousand Three Hundred Ninety and 00/100 Dollars ($12,390.00), in accordance with 29 U.S.C. § 216(b). It is further

**ORDERED** that Plaintiffs be awarded Sixteen Thousand Two Hundred Fifty and 00/100 Dollars ($16,250.00) in attorney's fees and Five Hundred Twenty and 00/100 Dollars ($520.00) in costs.

**SIGNED** this ______ day of __________________________ in the year 2026 at Houston, Texas.

______________________________
JUDGE PRESIDING