**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **WILLIAM R. RENNAKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;** ***Plaintiff,*** | § | |
| **v.** | § | **MO:25-CV-00234-DC** |
| **COAST 2 COAST LOGISTICS, INC.,** ***Defendant.*** | § | |

**ORDER**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 19) concerning Plaintiffs' William R. Rennaker and Derek Hudepohl's Motion for Default Judgment against Coast 2 Coast Logistics, Inc. (Doc. 15). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on July 20, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS** Plaintiffs' Motion for Default Judgment (Doc. 15).

It is hereby **ORDERED** that:

Plaintiff William R. Rennaker shall recover from Defendant Coast 2 Coast Logistics, Inc. the amount of Thirty Three Thousand Three Hundred Eighty Six and 86/100 Dollars ($33,386.86), which includes, in equal parts, unpaid overtime wages in the amount Sixteen Thousand Six Hundred Ninety Three and 43/100 Dollars ($16,693.43) and liquidated damages in the amount of Sixteen Thousand Six Hundred Ninety ($16,693.43), in accordance with 29 U.S.C. § 216(b).

Plaintiff Derek Hudepohl shall recover from Defendant Coast 2 Coast Logistics, Inc. the amount of Twenty Four Thousand Seven Hundred Eighty and 00/100 Dollars ($24,780.00), which includes, in equal parts, unpaid overtime wages in the amount of Twelve Thousand Three Hundred Ninety and 00/100 Dollars ($12,390.00) and liquidated damages in the amount of Twelve Thousand Three Hundred Ninety and 00/100 Dollars ($12,390.00), in accordance with 29 U.S.C. § 216(b).

Plaintiffs are awarded Sixteen Thousand Two Hundred Fifty and 00/100 Dollars ($16,250.00) in attorney fees and Five Hundred Twenty and 00/100 Dollars ($520.00) in costs.

A Default Judgment shall issue by separate document.

It is so **ORDERED**.

SIGNED this 11th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE